**EXHIBIT 2:** INFRINGEMENT
URL: https://www.mediaite.com/politics/aoc-tells-desantis-he-should-read-the-bible-after-calling-marine-charged-in-subway-killing-a-good-samaritan/

