**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2024
```

---

ELAAD ELIAHU,

                            Plaintiff,

            - against -

MEDIAITE, LLC,

                            Defendant.

**23 Civ. 11015 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff filed an amended complaint in the above-captioned matter on May 8, 2024. (See Dkt. No. 21.) Defendant filed an answer to the amended complaint on October 14, 2024. (See Dkt. No. 37.)

    The parties are hereby directed to submit a joint letter within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case

Management Plan is available on the Court's website:

https://nysd.uscourts.gov/hon-victor-marrero.


**SO ORDERED.**

Dated:    1 November 2024
          New York, New York

                                        _____
                                            Victor Marrero
                                              U.S.D.J.