**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025
```

ELAAD ELIAHU,

                Plaintiff,

     - against -

MEDIAITE, LLC,

                Defendant.

**23-cv-11015 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

Plaintiff's request to extend the fact discovery deadline until May 1, 2025, is **GRANTED**. The Clerk of Court is respectfully directed to close Dkt. Nos. 42 and 43.

**SO ORDERED.**

Dated:    31 March 2025
            New York, New York

_____
Victor Marrero
U.S.D.J.