**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/9/2025
```

ELAAD ELIAHU,

                    Plaintiff,          **23-cv-11015 (VM)**

          - against -                   **ORDER**

MEDIAITE, LLC,

                    Defendant.

**VICTOR MARRERO, United States District Judge.**

        The parties are directed to submit a joint status report
that includes the following: (1) the status of this action
following the close of discovery on May 1, 2025, (2) the
status of settlement negotiations, (3) whether the parties
still intend to file motions for summary judgment, and (4) if
so, the parties shall include a proposed briefing schedule
for the summary judgment motions. The parties shall submit
the joint status report no later than May 16, 2025.


**SO ORDERED.**

Dated:    9 May 2025
          New York, New York

                                    _____
                                           Victor Marrero
                                              U.S.D.J.