```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2025

ELAAD ELIAHU,

           Plaintiff,

- against -

MEDIAITE, LLC,

           Defendant.

23-cv-11015 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court adopts the following briefing schedule for the parties' anticipated motions for summary judgment: (1) opening motions shall be due no later than August 15, 2025, (2) opposition motions shall be due no later than August 29, 2025, and (3) reply motions shall be due on September 12, 2025.

**SO ORDERED.**

Dated:    19 May 2025
            New York, New York

                                              _____
                                              Victor Marrero
                                              U.S.D.J.